# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROBERT A. JOHNSON,                                                          PLAINTIFF
#08773-20

v.                      4:20CV01358-BSM-JTK

DOES, et al.                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS
## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

This matter is before the Court on Defendant's Motions to Compel and Dismiss (Doc. Nos. 13, 15). Plaintiff has not responded to the Motions.

Plaintiff filed this action on November 16, 2020 while incarcerated at the Pulaski County Detention Facility (Jail) (Doc. No. 2), and the Court granted his Motion to proceed in forma pauperis on November 19, 2020 (Doc. No. 4). Defendant filed a Motion to Compel on March 17, 2021, stating that Plaintiff failed to respond to some of his discovery requests and to his attorney's letter requesting those responses. (Doc. No. 13)   When Plaintiff failed to respond to their Motion, Defendant filed a Motion to Dismiss for failure to prosecute.

2

(Doc. No. 15) On April 8, 2021, this Court directed Plaintiff to respond to Defendant's Motions within thirty days, and warned him that his failure to respond would result in the dismissal without prejudice of his Complaint. (Doc. No. 18) On April 19, 2021, the copy of the Order sent to Plaintiff at his last-known address was returned to the Court as undeliverable. (Doc. No. 19) As of this date, Plaintiff has not responded to the Defendant's Motions or the Court's Order.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to the Court's Order and to Defendant's Motions, the Court finds the Motion to Dismiss should be granted, based on Plaintiff's failure to prosecute this action.   Accordingly,

IT IS, THEREFORE, RECOMMENDED that:

1. Defendant's Motion to Dismiss (Doc. No. 15) be GRANTED.

2. Defendant's Motion to Compel (Doc. No. 13) be DENIED as moot.

3. Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

IT IS SO RECOMMENDED this 13th day of May, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE