IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT JOHNSON                                                                                      PLAINTIFF
#08773-20

v.                                    CASE NO. 4:20-CV-01358-BSM

DOES, *et al.*                                                                                       DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 20] is adopted. Robert Johnson failed to comply with the April 8, 2021 order [Doc. No. 18] directing him to respond to the defendant's motions to compel and dismiss within fifteen days, and the time to do so has expired. Johnson's mail is still being returned undelivered, with no forwarding address. *See* Doc. Nos. 19, 21. Therefore, defendant's motion to dismiss [Doc. No. 15] is granted, and this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). Defendant's motion to compel [Doc. No. 13] is denied as moot.

IT IS SO ORDERED, this 1st day of June, 2021.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE