IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT JOHNSON** **PLAINTIFF**
**#08773-20**

v.   CASE NO. 4:20-CV-01358-BSM

**DOES**, *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 1st day of June, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE